MELINDA HAAG (CABN 132612)
United States Attorney
THOMAS MOORE (ALBN 4305-O78T)
Chief, Tax Division
MICHAEL G. PITMAN (DCBN 484164)
Assistant United States Attorney
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
Telephone: (415) 436-6475
Facsimile: (415) 436-7009
Email: michael.pitman@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>        v.<br><br>Fitz William Guerin,<br><br>    Defendant. | Case No. 3:12-cv-00187-MEJ<br><br>STIPULATION AND [PROPOSED]<br>ORDER TO CONTINUE PRETRIAL<br>DEADLINES AND TRIAL DATE |

IT IS HEREBY STIPULATED by and between Plaintiff the United States of America ("United States") and Defendant Fitz William Guerin ("Mr. Guerin"), by and through undersigned counsel and pursuant to Fed. R. Civ. P. 16(b)(4) and Local Civil Rule 6-2, that good cause exists and the parties request that the Court continue the pretrial and trial deadlines set forth in the Court's Order dated March 6, 2013 (Doc. # 9), and state as follows in support:

1.  This case involves an evaluation of whether Mr. Guerin is liable for civil penalties, known as Trust Fund Recovery Penalties, made against him by the Internal Revenue Service pursuant to 26 U.S.C. § 6672, holding him personally liable for the unpaid federal

withholding taxes of Orbit Travel Network, Inc. for the second quarter of 1998, and the second and third quarters of 1999.

2. Pursuant to the Court's March 6th Order, the following schedule is currently in place:

| | |
|---|---|
| Close of discovery: | 7/2/2013 |
| Last date to file motions: | 8/1/2013 |
| Dispositive motions hearing date: | 9/5/2013 at 10:00 a.m. |
| Last date to confer regarding pretrial conference statement and to exchange trial papers: | 11/6/2013 |
| Last date to file pretrial conference statement, trial papers and motions in limine: | 11/21/2013 |
| Last date to file oppositions to motions in limine: | 11/28/2013 |
| Initial pretrial conference: | 12/5/2013 at 10:00 a.m. |
| Last date to file trial briefs, voir dire, jury instructions, and verdict forms: | 12/6/2013 |
| Final pretrial conference: | 1/9/2014 at 10:00 a.m. |
| Trial date: | 1/13/2014 |

3. The parties are currently conducting discovery. Both parties have produced Initial Disclosures pursuant to Fed. R. Civ. P. 26(a)(1): Mr. Guerin has disclosed eight witnesses pursuant to Rule 26(a)(1)(A)(i), and sixty pages of documents pursuant to Rule 26(a)(1)(A)(ii); and the United States has disclosed twelve witnesses pursuant to Rule 26(a)(1)(A)(i), and over 1,500 pages of documents pursuant to Rule 26(a)(1)(A)(ii). Each party has also propounded and responded to at least one set of Interrogatories, Requests for Production of Documents, and Requests for Admissions, Mr. Guerin's deposition has been taken, and the parties are collaborating on a Joint Statement of Undisputed Material Facts pursuant to Civil Local Rule 56-

2(b). The parties are also actively engaged in settlement negotiations. The parties hereby request an approximately 90 day extension of all existing deadlines, not for purposes of delay, but rather to allow the parties to complete discovery, explore the possibility of a negotiated resolution to this matter, and to prepare dispositive motions, if necessary. Specifically, the parties hereby respectfully request that the Court amend the schedule as follows (with the remaining provisions of the Court's March 6th Order remaining unchanged):

| | |
|---|---|
| Close of discovery: | 10/1/2013 |
| Last date to file motions: | 10/31/2013 |
| Dispositive motions hearing date: | 12/5/2013 at 10:00 a.m. |
| Last date to confer regarding pretrial conference statement and to exchange trial papers: | 2/5/2014 |
| Last date to file pretrial conference statement, trial papers and motions in limine: | 2/20/2014 |
| Last date to file oppositions to motions in limine: | 2/27/2014 |
| Initial pretrial conference: | 3/6/2014 at 10:00 a.m. |
| Last date to file trial briefs, voir dire, jury instructions, and verdict forms: | 3/7/2014 |
| Final pretrial conference: | 4/10/2014 at 10:00 a.m. |
| Trial date: | 4/14/2014 |

4. The parties previously sought and received one extension of time in this matter on March 6, 2013.

5. WHEREFORE the United States and Mr. Guerin hereby respectfully request that the Court extend the deadlines in this case by approximately 90 days, and grant such other and further relief as is just and proper.

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE PRETRIAL
DEADLINES AND TRIAL DATE
CIVIL NO. 3:12-CV-00187-MEJ

3

1  Respectfully submitted this 17th day of June, 2013,

2                                               MELINDA HAAG
   United States Attorney

3

   s/ Timothy J. Chambers                     s/ Michael G. Pitman

4  TIMOTHY J. CHAMBERS                 MICHAEL G. PITMAN
   Law Offices of Timothy J. Chambers        Assistant United States Attorney, Tax

5  1108 Fifth Avenue, Suite 200                 Division
   San Rafael, CA 94901                            450 Golden Gate Ave., Box 36055

6  415-459-2700                                      San Francisco, CA 94102
   Email: tim@tjc-law.com                     Telephone: (415) 436-6475

7                                                      Facsimile: (415) 436-7009
   Attorney for Fitz William Guerin            Email: michael.pitman@usdoj.gov

8

                                               Attorneys for the United States of America

9

10

11                                   [~~PROPOSED~~] ORDER

12      Pursuant to the Stipulation of the parties, and for good cause shown therein, it is hereby

13  ORDERED the deadlines set forth in the Court's Order dated March 6, 2013 (Doc. # 9), are

14  continued as follows:

15      Close of discovery:                                        10/1/2013

16      Last date to file motions:                               10/31/2013

17      Dispositive motions hearing date:                 12/5/2013 at 10:00 a.m.

18      Last date to confer regarding pretrial conference
        statement and to exchange trial papers:              2/5/2014

19

        Last date to file pretrial conference statement,
20    trial papers and motions in limine:                  2/20/2014

21      Last date to file oppositions to motions in limine:     2/27/2014

22      Initial pretrial conference:                              3/6/2014 at 10:00 a.m.

23      Last date to file trial briefs, voir dire, jury
        instructions, and verdict forms:                      3/7/2014

24

| | |
|---|---|
| Final pretrial conference: | 4/10/2014 at 10:00 a.m. |
| Trial date: | 4/14/2014 |

The remaining provisions of the Court's March 6th Order remain unchanged.

IT IS SO ORDERED.

Date: June 19, 2103

_____
HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND [PROPOSED]
ORDER TO CONTINUE PRETRIAL
DEADLINES AND TRIAL DATE
CIVIL NO. 3:12-CV-00187-MEJ

5